**No. 41739.**—Protest 946831–G of Farrington & Evans, Inc. (New York).

Opinion by KEEFE, J. The proof showed that the model hats exported were the identical imported hats and the protest was sustained on the authority of *Bonwit v. United States* (T. D. 49322).

**No. 41740.**—Protest 936438–G of Bella Haas (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel certain metal kitchenware, a table cloth, and glassware were held free of duty as household effects under paragraph 1632 as claimed.

**No. 41741.**—Protest 962836–G of Dr. Fritz Klestadt (New York).

Opinion by KEEFE, J. It appeared that the embroidered articles consist of table cloths, bed sheets, and similar household articles, part of the trousseau at the time of the marriage of the protestant in 1935. The claim for free entry under paragraph 1632 was sustained. *Boning v. United States* (T. D. 45205) distinguished.

**No. 41742.**—Protest 776437–G of International Trading Corp. (San Francisco).

Opinion by KEEFE, J. It appeared that the bales of rags were wet but the evidence was found too indefinite to establish that an allowance should have been made for the excessive moisture. *Harris v. United States* (T. D. 48936) cited. The protest was therefore overruled.

**No. 41743.**—Protest 868349–G of United Sardine Factories, Ltd. (New York).

Opinion by KEEFE, J. The net weight was established to be less than found by the weigher and the protest accordingly sustained. *Kennedy v. United States* (C. D. 165) distinguished.

BEFORE THE SECOND DIVISION, JUNE 28, 1939

**No. 41744.**—Protest 191592–G of Fred'k Loeser & Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of embroidered laces or articles. The claim at 75 percent under paragraph 1430 was therefore sustained.